**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VALENCIA GARNER,

      Plaintiff,

v.                                Case No:  6:16-cv-1907-Orl-40TBS

U.S. ATTORNEY, CENTRAL
INTELLIGENCE AGENCY, FEDERAL
BUREAU OF INVESTIGATION,
FEDERAL POLICE,
GREYHOUND/FEDERAL TRANSIT,
CITY OF ORLANDO POLICE,
ORANGE COUNTY SHERIFF
DEPARTMENT and WESTGATE LAKE
RESORT,

      Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) filed on October 31, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed November 2, 2016 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

3.     This case is **DISMISSED without further leave to amend.**

**DONE AND ORDERED** in Orlando, Florida on November 30, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties